UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

December 3, 2002

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

DEC 0 3 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                    DEPUTY

MEMORANDUM TO MS. ROSILIE SMITH AND COUNSEL RE:

      Smith v. Donna Allison & "Art" Turf
      Club Catering@ Pimlico Race Course
      Case No.   AMD 02-3528

    This is to inform you that a motion hearing/scheduling conference has been scheduled in this case for Friday, January 3, 2003, at 12:00 p.m. The proceeding will be held in courtroom 5B of the Courthouse.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                Very truly yours,

                Andre M. Davis
                United States District Judge

AMD:tt
cc: Court file