IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROSILIE SMITH,
    Plaintiff

v.   Civil No. AMD 02-3528

DONNA ALLISON, et al.,
    Defendants

...oOo...

### ORDER



This case came before the Court for a motion hearing and scheduling conference. Plaintiff appeared in proper person and was heard, as was counsel for defendants. The Court rendered its ruling on the record. It is, therefore, this 3rd day of January 2003, ORDERED

(1) The motion of defendant to dismiss (Paper No.9) IS GRANTED AS TO DEFENDANTS "DONNA ALLISON" and "ART" AND ALL CLAIMS AGAINST THOSE DEFENDANTS ARE DISMISSED WITH PREJUDICE AND IN ALL OTHER RESPECTS THE MOTION IS DENIED;

(2) The motion of plaintiff for appointment of counsel (Paper No.13) IS DENIED;

(3) Defendant Turf Club Catering, Inc., shall file an answer on or before January 24, 2003, and a scheduling order shall issue forthwith; and

(4) The Clerk shall TRANSMIT a copy of this Order to counsel and to plaintiff pro se.

                                    ANDRE M. DAVIS
                                    United States District Judge