IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

ROSALIE SMITH

    Plaintiff

Vs.                                                                 Case No. AMD02CV3528

MARYLAND TURF CATERING, INC

    Defendants

ENTRY OF APPEARANCE

Mr. Clerk,

    Please enter the appearance of Norris C. Ramsey as counsel for the Plaintiff.

    _____
    Norris C. Ramsey
    Norris C. Ramsey P.A.
    2122 Maryland Ave.
    Baltimore, Maryland 21218
    410-752-1646
    Attorney for Plaintiff
    # 01453

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Entry of Appearance was mailed by first class mail postage prepaid to John W. Kyle, Hahn Kyle & Hollrah, LLP, 10440 Little Patuxent Parkway, Suite 300, Columbia, Maryland 21044, attorney for Defendant

    _____
    Norris C. Ramsey