IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROSALIE SMITH | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No. AMD 02 CV 3528 |
| MARYLAND TURF CATERERS, INC. | * | |
| | * | |
| Defendants. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

CERTIFICATE OF SERVICE

This is to certify that on this 6th day of May 2003, I served by e-mail transmission, a copy of the Opposition to Plaintiff's Letter Motion for Extension, filed with the Court on May 1, 2003, on counsel for the Plaintiff, whose name and e-mail address appears below:

norriscramsey@hotmail.com

_____/s/_____
John W. Kyle