**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

**CHAMBERS OF**
**ANDRE M. DAVIS**
**UNITED STATES DISTRICT JUDGE**

**U.S. COURTHOUSE**
**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-0801**
**FAX (410) 962-0820**
**MDDAMDChambers@mdd.uscourts.gov**

May 15, 2003

MEMORANDUM TO COUNSEL RE:

Smith v. Allison
Civil No. AMD 02-3528

  I write simply to advise you that the due date for dispositive motions remains as previously ordered.

Very truly yours,

/s/

Andre M. Davis
United States District Judge

AMD:tt