**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

**CHAMBERS OF**
**ANDRE M. DAVIS**
**UNITED STATES DISTRICT JUDGE**

**U.S. COURTHOUSE**
**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-0801**
**FAX (410) 962-0820**
**MDDAMDChambers@mdd.uscourts.gov**

June 3, 2003

MEMORANDUM TO COUNSEL RE:

Smith v. Turf Club Catering, Inc.
Civ. No. AMD 02-3528

    As no timely dispositive motion has been filed in this case, I am hereby notifying you of the further schedule in this case. A non-jury trial is hereby scheduled to commence on **Thursday, August 28, 2003, at 11:00 a.m**. If the case cannot be concluded on August 28, 2003, then it will continue to the next day.

Very truly yours,

/s/

Andre M. Davis
United States District Judge